| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

UNITED STATES OF AMERICA § 
§
*versus* § CRIMINAL ACTION NO. 4:14cr28
§ CIVIL ACTION NO. 4:17cv144
MEGAN EVANS (3) §

## REFERRAL ORDER

Defendant's Motion to Return to FPC Bryan (#947) is referred to the Honorable Kimberly Priest Johnson, United States Magistrate Judge, for consideration and entry of proposed findings and recommended disposition. *See* 28 U.S.C. § 636(b)(1)(B); E.D. Tex. Crim. R. 59(d).

SIGNED at Plano, Texas, this 10th day of July, 2018.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE